AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Weihua Du <br><br> *Plaintiff(s)* <br> v. <br> Shalom Segelman; The Line DC Fund LLC; The Line DC Manager LLC; The Line DC Escrow LLC; Yucaipa U.S. Hospitality Partners, LLC; YAAF II Parallel (U.S. Hospitality Partners), Inc.; Adams Morgan Managing Member LLC; Adams Morgan Hotel Holdings LLC; Adams Morgan Hotel JV LLC; Adam Morgan Hotel Members LLC; Adams Morgan Hotel Owner LLC; Milou Chesapeake Regional Center LLC; Yevgeny Samokhleb; Liu & Bitterman PLLC <br><br> *Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Adams Morgan Hotel Holdings LLC

1209 Orange Street
Wilmington, DE 19801


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Yen-Yi Anderson
      Anderson and Associate Law P.C.

      61 Broadway Suite 2809
      New York, NY 10006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                    BRENNA B. MAHONEY
                                                                  *CLERK OF COURT*

Date: _____                                  _____
                                                                                                 *Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Weihua Du <br><br> *Plaintiff(s)* <br> v. <br> Shalom Segelman; The Line DC Fund LLC; The Line DC Manager LLC; The Line DC Escrow LLC; Yucaipa U.S. Hospitality Partners, LLC; YAAF II Parallel (U.S. Hospitality Partners), Inc.; Adams Morgan Managing Member LLC; Adams Morgan Hotel Holdings LLC; Adams Morgan Hotel JV LLC; Adam Morgan Hotel Members LLC; Adams Morgan Hotel Owner LLC; Milou Chesapeake Regional Center LLC; Yevgeny Samokhleb; Liu & Bitterman PLLC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Adams Morgan Hotel JV LLC

1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Yen-Yi Anderson
Anderson and Associate Law P.C.

61 Broadway Suite 2809
New York, NY 10006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: _____                                        _____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Weihua Du<br><br>*Plaintiff(s)*<br>v.<br>Shalom Segelman; The Line DC Fund LLC; The Line DC Manager LLC; The Line DC Escrow LLC; Yucaipa U.S. Hospitality Partners, LLC; YAAF II Parallel (U.S. Hospitality Partners), Inc.; Adams Morgan Managing Member LLC; Adams Morgan Hotel Holdings LLC; Adams Morgan Hotel JV LLC; Adam Morgan Hotel Members LLC; Adams Morgan Hotel Owner LLC; Milou Chesapeake Regional Center LLC; Yevgeny Samokhleb; Liu & Bitterman PLLC<br><br>*Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Adam Morgan Hotel Members LLC

1209 Orange Street
Wilmington, DE 19801


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Yen-Yi Anderson
Anderson and Associate Law P.C.

61 Broadway Suite 2809
New York, NY 10006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: _____          _____
                                                *Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Weihua Du </br></br> *Plaintiff(s)* </br> v. </br> Shalom Segelman; The Line DC Fund LLC; The Line DC Manager LLC; The Line DC Escrow LLC; Yucaipa U.S. Hospitality Partners, LLC; YAAF II Parallel (U.S. Hospitality Partners), Inc.; Adams Morgan Managing Member LLC; Adams Morgan Hotel Holdings LLC; Adams Morgan Hotel JV LLC; Adam Morgan Hotel Members LLC; Adams Morgan Hotel Owner LLC; Milou Chesapeake Regional Center LLC; Yevgeny Samokhleb; Liu & Bitterman PLLC </br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Adams Morgan Hotel Owner LLC

1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Yen-Yi Anderson
Anderson and Associate Law P.C.

61 Broadway Suite 2809
New York, NY 10006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Weihua Du <br><br> *Plaintiff(s)* <br><br> v. <br><br> Shalom Segelman; The Line DC Fund LLC; The Line DC Manager LLC; The Line DC Escrow LLC; Yucaipa U.S. Hospitality Partners, LLC; YAAF II Parallel (U.S. Hospitality Partners), Inc.; Adams Morgan Managing Member LLC; Adams Morgan Hotel Holdings LLC; Adams Morgan Hotel JV LLC; Adam Morgan Hotel Members LLC; Adams Morgan Hotel Owner LLC; Milou Chesapeake Regional Center LLC; Yevgeny Samokhleb; Liu & Bitterman PLLC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Adams Morgan Managing Member LLC

1209 Orange Street
Wilmington, DE 19801


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Yen-Yi Anderson
Anderson and Associate Law P.C.

61 Broadway Suite 2809
New York, NY 10006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Weihua Du <br><br><br> *Plaintiff(s)* <br> v. <br> Shalom Segelman; The Line DC Fund LLC; The Line DC Manager LLC; The Line DC Escrow LLC; Yucaipa U.S. Hospitality Partners, LLC; YAAF II Parallel (U.S. Hospitality Partners), Inc.; Adams Morgan Managing Member LLC; Adams Morgan Hotel Holdings LLC; Adams Morgan Hotel JV LLC; Adam Morgan Hotel Members LLC; Adams Morgan Hotel Owner LLC; Milou Chesapeake Regional Center LLC; Yevgeny Samokhleb; Liu & Bitterman PLLC <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Liu & Bitterman PLLC

       299 Broadway Ste 1005
       New York, NY 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

       Yen-Yi Anderson
       Anderson and Associate Law P.C.

       61 Broadway Suite 2809
       New York, NY 10006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                          BRENNA B. MAHONEY
                                                          *CLERK OF COURT*

Date: _____        _____
                                                                       *Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| Weihua Du <br><br> *Plaintiff(s)* <br><br> v. <br><br> Shalom Segelman; The Line DC Fund LLC; The Line DC Manager LLC; The Line DC Escrow LLC; Yucaipa U.S. Hospitality Partners, LLC; YAAF II Parallel (U.S. Hospitality Partners), Inc.; Adams Morgan Managing Member LLC; Adams Morgan Hotel Holdings LLC; Adams Morgan Hotel JV LLC; Adam Morgan Hotel Members LLC; Adams Morgan Hotel Owner LLC; Milou Chesapeake Regional Center LLC; Yevgeny Samokhleb; Liu & Bitterman PLLC <br><br> *Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Milou Chesapeake Regional Center LLC

77 West Street, Suite #210
Annapolis MD 21401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Yen-Yi Anderson
Anderson and Associate Law P.C.

61 Broadway Suite 2809
New York, NY 10006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Weihua Du <br><br> *Plaintiff(s)* <br><br> v. <br><br> Shalom Segelman; The Line DC Fund LLC; The Line DC Manager LLC; The Line DC Escrow LLC; Yucaipa U.S. Hospitality Partners, LLC; YAAF II Parallel (U.S. Hospitality Partners), Inc.; Adams Morgan Managing Member LLC; Adams Morgan Hotel Holdings LLC; Adams Morgan Hotel JV LLC; Adam Morgan Hotel Members LLC; Adams Morgan Hotel Owner LLC; Milou Chesapeake Regional Center LLC; Yevgeny Samokhleb; Liu & Bitterman PLLC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Shalom Segelman

990 West Broadway
Woodmere NY 11598

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Yen-Yi Anderson
Anderson and Associate Law P.C.

61 Broadway Suite 2809
New York, NY 10006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: _____     _____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Weihua Du | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| Shalom Segelman; The Line DC Fund LLC; The Line DC Manager LLC; The Line DC Escrow LLC; Yucaipa U.S. Hospitality Partners, LLC; YAAF II Parallel (U.S. Hospitality Partners), Inc.; Adams Morgan Managing Member LLC; Adams Morgan Hotel Holdings LLC; Adams Morgan Hotel JV LLC; Adam Morgan Hotel Members LLC; Adams Morgan Hotel Owner LLC; Milou Chesapeake Regional Center LLC; Yevgeny Samokhleb; Liu & Bitterman PLLC | ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The Line DC Escrow LLC
855 West Broadway
Woodmere NY 11598

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>Yen-Yi Anderson
>Anderson and Associate Law P.C.
>
>61 Broadway Suite 2809
>New York, NY 10006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: _____       _____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Weihua Du <br><br> *Plaintiff(s)* <br> v. <br> Shalom Segelman; The Line DC Fund LLC; The Line DC Manager LLC; The Line DC Escrow LLC; Yucaipa U.S. Hospitality Partners, LLC; YAAF II Parallel (U.S. Hospitality Partners), Inc.; Adams Morgan Managing Member LLC; Adams Morgan Hotel Holdings LLC; Adams Morgan Hotel JV LLC; Adam Morgan Hotel Members LLC; Adams Morgan Hotel Owner LLC; Milou Chesapeake Regional Center LLC; Yevgeny Samokhleb; Liu & Bitterman PLLC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The Line DC Fund LLC

855 West Broadway
Woodmere NY 11598


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Yen-Yi Anderson
    Anderson and Associate Law P.C.

    61 Broadway Suite 2809
    New York, NY 10006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: _____          _____
                                                                                               *Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Weihua Du <br><br><br> *Plaintiff(s)* <br> v. <br> Shalom Segelman; The Line DC Fund LLC; The Line DC Manager LLC; The Line DC Escrow LLC; Yucaipa U.S. Hospitality Partners, LLC; YAAF II Parallel (U.S. Hospitality Partners), Inc.; Adams Morgan Managing Member LLC; Adams Morgan Hotel Holdings LLC; Adams Morgan Hotel JV LLC; Adam Morgan Hotel Members LLC; Adams Morgan Hotel Owner LLC; Milou Chesapeake Regional Center LLC; Yevgeny Samokhleb; Liu & Bitterman PLLC <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The Line DC Manager LLC

990 West Broadway
Woodmere NY 11598


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Yen-Yi Anderson
> Anderson and Associate Law P.C.
>
> 61 Broadway Suite 2809
> New York, NY 10006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


BRENNA B. MAHONEY
*CLERK OF COURT*

Date: _____          _____
                                *Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

Weihua Du

*Plaintiff(s)*

v.

Shalom Segelman; The Line DC Fund LLC; The Line DC Manager LLC; The Line DC Escrow LLC; Yucaipa U.S. Hospitality Partners, LLC; YAAF II Parallel (U.S. Hospitality Partners), Inc.; Adams Morgan Managing Member LLC; Adams Morgan Hotel Holdings LLC; Adams Morgan Hotel JV LLC; Adam Morgan Hotel Members LLC; Adams Morgan Hotel Owner LLC; Milou Chesapeake Regional Center LLC; Yevgeny Samokhleb; Liu & Bitterman PLLC

*Defendant(s)*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* YAAF II Parallel (U.S. Hospitality Partners), Inc.

Corporation Trust Center 1209 Orange St
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Yen-Yi Anderson
Anderson and Associate Law P.C.

61 Broadway Suite 2809
New York, NY 10006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Weihua Du </br></br></br> *Plaintiff(s)* </br> v. </br> Shalom Segelman; The Line DC Fund LLC; The Line DC Manager LLC; The Line DC Escrow LLC; Yucaipa U.S. Hospitality Partners, LLC; YAAF II Parallel (U.S. Hospitality Partners), Inc.; Adams Morgan Managing Member LLC; Adams Morgan Hotel Holdings LLC; Adams Morgan Hotel JV LLC; Adam Morgan Hotel Members LLC; Adams Morgan Hotel Owner LLC; Milou Chesapeake Regional Center LLC; Yevgeny Samokhleb; Liu & Bitterman PLLC </br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Yevgeny Samokhleb

299 Broadway Ste 1005
New York, NY 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Yen-Yi Anderson
Anderson and Associate Law P.C.

61 Broadway Suite 2809
New York, NY 10006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: _____          _____
                                *Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Weihua Du <br><br> *Plaintiff(s)* <br> v. <br> Shalom Segelman; The Line DC Fund LLC; The Line DC Manager LLC; The Line DC Escrow LLC; Yucaipa U.S. Hospitality Partners, LLC; YAAF II Parallel (U.S. Hospitality Partners), Inc.; Adams Morgan Managing Member LLC; Adams Morgan Hotel Holdings LLC; Adams Morgan Hotel JV LLC; Adam Morgan Hotel Members LLC; Adams Morgan Hotel Owner LLC; Milou Chesapeake Regional Center LLC; Yevgeny Samokhleb; Liu & Bitterman PLLC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Yucaipa U.S. Hospitality Partners, LLC

Corporation Trust Center 1209 Orange St
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Yen-Yi Anderson
Anderson and Associate Law P.C.

61 Broadway Suite 2809
New York, NY 10006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: _____        _____
                                    *Signature of Clerk or Deputy Clerk*