**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF NEW YORK**
------------------------------X

| | | |
|---|---|---|
| Weihua Du, | : | 2:23-cv-06780-DG-ST |
| Plaintiff, | : | |
| v. | : | |
| Shalom Seglman; The Line DC Fund LLC; The Line DC Manager LLC; The Line DC Escrow LLC; Yucaipa U.S. Hospitality Partners, LLC; YAAF II Parallel (U.S. Hospitality Partners), Inc.; Adams Morgan Managing Member LLC; Adams Morgan Hotel Holdings LLC; Adams Morgan Hotel JV LLC; Adam Morgan Hotel Members LLC; Adams Morgan Hotel Owner LLC; Milou Chesapeake Regional Center LLC; Yevgeny Samokhleb; Liu & Bitterman PLLC, | : | **NOTICE OF MOTION TO OPPOSE THE MOTION TO DISMISS THE AMENDED COMPLAINT** |
| Defendants. | : | |

------------------------------X

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, the exhibits annexed thereto, and all the pleadings and proceedings herein, plaintiff Weihua Du (Ms. Du) will move this Court before United States District Judge Diane Gujarati, Courtroom 4B South, at the United States Courthouse for the Eastern District of New York located at 225 Cadman Plaza East, Brooklyn, New York 11201, on October 2, 2024, at 9:30 a.m., or as soon thereafter as counsel may be hard, for an Order: (a) pursuant to Fed. R. Civ. P. 12(b)(6) and 9(b), deny the defendants Yevgeny Samokhleb and Liu & Bitterman PLLC's (collectively, the "Attorney Defendants") motion to dismiss; and (b) granting to Ms. Du such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order of the Judge Diane Gujarati dated July 2, 2024, the Attorney Defendants shall serve reply papers, if any, on or before October 1, 2024.

1

| | |
|---|---|
| Dated: New York, New York<br>September 10, 2024 | Anderson & Associates Law, P.C.<br>*Attorneys for Plaintiff Weihua Du*<br>/s/ Yen-Yi Anderson, Esq.<br>Yen-Yi Anderson, Esq.<br>61 Broadway, Suite 2809<br>New York, NY 10006<br>646-452-9982<br>y.anderson@aalawpc.com |

TO:

**STEPHEN HOWARD OREL**
SCHWARTZ SLADKUS REICH GREENBERG ATLAS LLP
444 MADISON AVENUE
NEW YORK, NY 10022
212-743-7049
FAX: 212-743-7001
EMAIL: SOREL@SSRGA.COM


**STEVEN J. SHORE**
GANFER & SHORE, LLP.
360 LEXINGTON AVENUE
NEW YORK, NY 10017
212-922-9250
FAX: 212-922-9335
EMAIL: SSHORE@GANFERSHORE.COM


**MATTHEW NORMAN TOBIAS**
SCHWARTZ SLADKUS REICH GREENBERG ATLAS LLP
444 MADISON AVENUE
6TH FLOOR
NEW YORK, NY 10022
212-743-7000
EMAIL: MTOBIAS@SSRGA.COM