UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| WEIHUA DU,<br><br>    Plaintiff,<br><br>    v.<br><br>SHALOM SEGELMAN; THE LINE DC FUND LLC; THE LINE DC MANAGER LLC; THE LINE DC ESCROW LLC; YUCAIPA U.S. HOSPITALITY PARTNERS, LLC; YAAF II PARALLEL (U.S. HOSPITALITY PARTNERS), INC.; MILOU CHESAPEAKE REGIONAL CENTER LLC; YEVGENY SAMOKHLEB; LIU & BITTERMAN PLLC,<br><br>    Defendants. | Civil Action No. 2:23-CV-06780-DG-ST |

## STIPULATION OF PARTIAL DISMISSAL WITH PREJUDICE

Plaintiff Weihua Du and Defendants Yucaipa U.S. Hospitality Partners, LLC and YAAF II Parallel (U.S. Hospitality Partners), Inc., by and through their undersigned attorneys, submit the following Stipulation of Partial Dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and respectfully state as follows:

Plaintiff hereby stipulates and voluntarily dismisses with prejudice all claims against Defendants Yucaipa U.S. Hospitality Partners, LLC and YAAF II Parallel (U.S. Hospitality Partners), Inc. Each party shall bear its own attorneys' fees and costs.

Dated: October 17, 2024

ANDERSON AND ASSOCIATES LAW, P.C.

By: /s/

Yen-Yi Anderson
61 Broadway, Suite 2809
New York, NY 10006
y.anderson@aalawpc.com

*Attorneys for Plaintiff Weihua Du*

GOODWIN PROCTER LLP

By: /s/ Samuel J. Rubin

Douglas H. Flaum
Samuel J. Rubin
Jessica A. Vogele
The New York Times Building
620 Eighth Avenue
New York, NY 10018
dflaum@goodwinlaw.com
srubin@goodwinlaw.com
jvogele@goodwinlaw.com

*Attorneys for Defendants Yucaipa U.S. Hospitality Partners, LLC and YAAF II Parallel (U.S. Hospitality Partners), Inc.*